| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | EASTERN DISTRICT OF CALIFORNIA | |
| 10 | | |
| 11 | DUNBAR AITKENS, ET AL., | No. 2:06-cv-02077-MCE-DAD |
| 12 | Plaintiffs, | |
| 13 | v. | **RELATED CASE ORDER** |
| 14 | GREYHOUND LINES, INC., ET AL., | |
| 15 | | |
| 16 | Defendants._____/ | |
| 17 | YVONNE A. LA CLAIRE, | No. 2:07-cv-00989-LKK-KJM |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | GREYHOUND LINES, INC., ET AL., | |
| 21 | | |
| 22 | Defendants._____/ | |
| 23 | MARIA SOTO, ET AL., | No. 2:06-cv-01612-MCE-DAD |
| 24 | Plaintiffs, | |
| 25 | v. | |
| 26 | GREYHOUND LINES, INC., ET AL., | |
| 27 | | |
| 28 | Defendants._____/ | |

1 | JANICE KUESTER, ET AL.           No. 2:07-cv-00398-MCE-DAD
2 |         Plaintiffs,
3 |     v.
4 | GREYHOUND LINES, INC., ET AL.
5 |         Defendants.
6 | _____/

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

///
///
///
///
///
///

1    IT IS THEREFORE ORDERED that the actions denominated
2 2:07-cv-00989-LKK-KJM, <u>Yvonne A. La Claire v. Greyhound Lines,
3 Inc., et al.</u>, 2:06-cv-01612-MCE-DAD, <u>Maria Soto, et al. v.
4 Greyhound Lines, Inc., et al.</u>, and 2:07-cv-00398-MCE-DAD, <u>Janice
5 Kuester, et al. v. Greyhound Lines, Inc., et al.</u> are reassigned
6 to Judge Morrison C. England, Jr. and Dale A. Drozd for all
7 further proceedings, and any dates currently set in these
8 reassigned cases only are hereby VACATED.  The parties are
9 referred to the attached Order Requiring Joint Status Report.
10 Henceforth, the caption on documents filed in the reassigned
11 cases shall be shown as 2:07-cv-00989-MCE-DAD, 2:06-cv-01612-MCE-
12 DAD, and 2:07-cv-00398-MCE-DAD.
13    IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of civil cases to
15 compensate for this reassignment.

Dated: June 11, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE