1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10
11  MARIA SOTO, ET AL.,              No. 2:06-cv-01612-MCE-JFM
12              Plaintiffs,
13       v.                          **RELATED CASE ORDER**
14  GREYHOUND LINES, INC., ET
    AL.,
15
                Defendants.
16  _____/
17  DUNBAR AITKENS,                  No. 2:06-cv-02077-MCE-DAD
18              Plaintiff,
19       v.
20  GREYHOUND LINES, INC., ET
    AL.,
21
                Defendants.
22  _____/
23  JANICE KUESTER, ET AL.,          No. 2:07-cv-00398-MCE-DAD
24              Plaintiffs,
25       v.
26  GREYHOUND LINES, INC., ET
    AL.,
27
                Defendants.
28  _____/

1

```
1  YVONNE A. LA CLAIRE,              No. 2:07-cv-00989-MCE-DAD
2           Plaintiff,
3       v.
4  GREYHOUND LINES, INC.,
   ET AL.,
5
            Defendants.
6  _____/
7  SADIA PUDO AWOK, ET AL.,          No. 2:07-cv-01231-MCE-JFM
8           Plaintiff,
9       v.
10 GREYHOUND LINES, INC.,
   ET AL.,
11
            Defendants.
12 _____/
```

13      Examination of the above-entitled civil actions reveals that
14 these actions are related within the meaning of Local Rule 83-
15 123(a) (E.D. Cal. 1997).  The actions involve many of the same
16 defendants and are based on the same or similar claims, the same
17 property transaction or event, similar questions of fact and the
18 same questions of law, and would therefore entail a substantial
19 duplication of labor if heard by different judges.  Accordingly,
20 the assignment of the matters to the same judge is likely to
21 effect a substantial savings of judicial effort and is also
22 likely to be convenient for the parties.
23      The parties should be aware that relating the cases under
24 Local Rule 83-123 merely has the result that both actions are
25 assigned to the same judge; no consolidation of the action is
26 effected.  Under the regular practice of this court, related
27 cases are generally assigned to the district judge and magistrate
28 judge to whom the first filed action was assigned.

1    IT IS THEREFORE ORDERED that the actions denominated No. 2:06-cv-01612-MCE-JFM, <u>Maria Soto, et al. v. Greyhound Lines, Inc., et al.</u>, and No. 2:07-cv-01231-MCE-JFM, <u>Sadia Pudo Awok, et al. v. Greyhound Lines, Inc., et al</u>. are reassigned to Judge Morrison C. England, Jr. and Judge Dale A. Drozd for all further proceedings, and any dates currently set in these reassigned cases <u>only</u> are hereby VACATED.  The parties are referred to the attached Order Requiring Joint Status Report.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as, 2:06-cv-01612-MCE-DAD and No. 2:07-cv-01231-MCE-DAD.

   IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for these reassignments.

   IT IS SO ORDERED.

Dated: July 10, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3