UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. 2:06-cv-01612-MCE-DAD<br><br>(Consolidated Cases)<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |
| YVONNE A. LA CLAIRE,<br><br>    Plaintiff,<br><br>  v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. 2:07-cv-00989-MCE-DAD |

    Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled as to Plaintiff Yvonne A. La Claire and Defendant Greyhound Lines, Inc. ONLY.

///

PDF created with pdfFactory trial version www.pdffactory.com

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 22, 2008.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

Dated: July 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com